| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 5:08CR20339-05 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:13-00202-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| DAVIS, Tanya | Eastern District of Michigan | Ann Arbor |
| | NAME OF SENTENCING JUDGE | |
| | Honorable John Corbett O'Meara | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/20/2012 | TO 09/19/2015 |

| OFFENSE |
|---|
| 18 U.S.C. § 1349, Conspiracy |

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    EASTERN    DISTRICT OF    MICHIGAN

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the MIDDLE DISTRICT OF TENNESSEE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 7, 2013
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    MIDDLE    DISTRICT OF    TENNESSEE

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/22/13
Effective Date

_____
United States District Judge