UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00202 |
| | ) | JUDGE CAMPBELL |
| TANYA DAVIS | ) | |

## ORDER

Pending before the Court is Defendant's Motion For Travel Permission (Docket No. 4).

The Government shall file a response to the Motion on or before April 3, 2014.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE