IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) CASE NO. 3:13-00202-01 |
| vs. | ) JUDGE CAMPBELL/KNOWLES |
| | ) |
| | ) |
| TANYA DAVIS | ) |

## ORDER

The Court held a Hearing on April 9, 2014, regarding Defendant's "Motion for Travel Permission." Docket No. 4. For the reasons set forth on the record during the Hearing, that portion of the Motion asking that Defendant be allowed to make a trip to the Carribean Island of Curacao April 17-22, 2014, is GRANTED.

The remainder of the requested relief in the Motion is taken under advisement, pending further submissions from the parties as discussed at the Hearing.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge