UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal Case No. 3:13-00202-1 |
| | ) | |
| **TANYA DAVIS** | ) | |

### O R D E R

On April 3, 2014, Judge Campbell referred Defendant's Motion for Travel Permission to the undersigned. The Court held a hearing on April 9, 2014, and granted Defendant permission to travel to Curacao. The reminder of the requested relief was taken under advisement pending further admissions from the parties.

The undersigned has been advised that Defendant wishes to withdraw the remainder of the Motion. Therefore, it is so withdrawn.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge